IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, INC., ) <br> ) <br>     Plaintiff/Counter-Defendant, ) <br> ) <br> v. ) <br> ) <br> JAMES ALLEN SHORT (and Counter-Plaintiff), ) <br> and ABLE CONSTRUCTORS OF TENNESSEE, ) <br> LLC, ) <br> ) <br>     Defendants. ) | Civil No. 3:09-0405 <br> Judge Trauger |

## **O R D E R**

It is hereby **ORDERED** that the case management conference scheduled for April 28, 2010 at 11:45 a.m. is **RESET** for the same day at 11:15 a.m.

It is so **ORDERED.**

Enter this 23rd day of April 2010.

_____
ALETA A. TRAUGER
United States District Judge