IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

CINCINNATI INSURANCE COMPANY, INC.   )
                                      )
v.                                    )    Civil No. 3:09-0405
                                      )    Judge Trauger
JAMES ALLEN SHORT, et al.             )

**O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

ENTER this 3th day of September, 2010.

_____
ALETA A. TRAUGER
U.S. District Judge