## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | |
|---|---|
| Cincinnati Insurance Co., Inc., | ) |
| Plaintiff, | ) |
| v. | ) CASE No: 3:09-0405 |
| | ) Judge Aleta Trauger |
| James Allen Short, et al., | ) Magistrate John Bryant |
| | ) Jury Demand on Counter-Claim |
| Defendants. | ) |

### ORDER OF COMPROMISE AND DISMISSAL

It appearing to the Court, as evidenced by the signatures below, that Plaintiff, Cincinnati Insurance Company, and James Allen Short and Able Constructors of Tennessee, LLC ("Defendants"), have agreed to compromise and settle all matters in controversy in this case and that Defendant is to be discharged from any further liability to Plaintiff or others associated with this matter, accordingly,

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Defendant be dismissed from this case with prejudice and discharged from any responsibilities connected therewith, including all subrogation rights, interests and/or claims, medical liens, Medicare or Medicaid liens, hospital liens, doctor's liens, workers' compensation liens, disability liens, and any other lien of any kind under the claims described above and that this cause be and the same is hereby dismissed with prejudice to the refiling of same as to Defendant. This entire cause of action is now dismissed with prejudice as to Defendant and the Clerk of the Court shall inform counsel for Defendant. No discretionary costs shall be applied for by the parties.

BE IT SO ENTERED this __24th__ day of __September__, 2010.

_____
HONORABLE ALETA TRAUGER

APPROVED FOR ENTRY

LEWIS, KING, KRIEG & WALDROP, P.C.

By: _____
R. Dale Bay, BPR #10896
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1366

*Attorney for Cincinnati Insurance Company*


LAW OFFICES OF DAVID DAY, P.C.

By: _____
David O. Day, Esq.
19 S. Jefferson Ave.
Cookeville, TN 38501
(931) 582-7002

*Attorney for James Allen Short*


CORNELIUS & COLLINS, LLP

By: _____
Thomas I. Carlton, Esq.
551 Union Street, Suite 1500
Nashville, TN 37219
(615) 259-1366

*Attorney for Able Constructors of Tennessee, LLC*

2